# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MONICA CARR,<br><br>    Plaintiff,<br><br>v.<br><br>MSB NV-TX HOLDING, LLC,<br><br>    Defendant. | Case No. 2:25-cv-00033-GMN-NJK<br><br>**Order**<br><br>[Docket No. 1] |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. The application is completely blank.

Accordingly, Plaintiff's application to proceed *in forma pauperis*, Docket No. 1, is **DENIED** without prejudice. No later than **February 7, 2025**, Plaintiff must either (1) file a fully complete application to proceed *in forma pauperis*; or (2) pay the $405 fee for filing a civil action. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**

The Clerk's Office is **INSTRUCTED** to send Plaintiff the approved form application to proceed *in forma pauperis* by a non-inmate.

IT IS SO ORDERED.

Dated: January 8, 2025

                                                                                  Nancy J. Koppe
                                                                                  United States Magistrate Judge