# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MONICA CARR,

                Plaintiff,

vs.

MSB NV-TX HOLDING, LLC,

                Defendant.

Case No.: 2:25-cv-00033-GMN-NJK

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 5), of United States Magistrate Judge Nancy J. Koppe, which recommends dismissing this case for lack of subject matter jurisdiction. (*See generally* R&R). The R&R notes that the complaint raises only state law causes of action and that diversity jurisdiction does not exist because Plaintiff is a resident of Nevada and Defendant is a corporation incorporated in Nevada. (*Id.* 1:20–26).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been

1  filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

2      Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF

3  No. 5) (setting February 13, 2025, deadline for objections).

4      Accordingly,

5      **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 5), is

6  **ACCEPTED and ADOPTED** in full.

7      **IT IS FURTHER ORDERED** that this case is **DISMISSED.**

8      The Clerk of Court is kindly requested to close this case.

9      Dated this __19__ day of February, 2025.

                                                         Gloria M. Navarro, District Judge
                                                         United States District Court